UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Alexander P. Dzatko,<br><br>    Plaintiff,<br><br>    v.<br><br>The Prudential Insurance Company of America,<br><br>    Defendant. | Case No. 2:17-cv-00685-JWS<br><br>**ORDER OF DISMISSAL** |

The stipulation at docket 30 for dismissal with prejudice, each party to bear such party's own costs and fees, is effective without an order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk will please close this case.

DATED this 30th day of October 2017.

    /s/ JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT